LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone:  (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

X.D. BY AND THROUGH GUARDIAN
AD LITEM TRACIE HALL,
INDIVIDUALLY AND AS SUCCESSOR
IN INTEREST TO NIANI FINLAYSON
DECEASED, individually; X.C. BI AND
THROUGH GUARDIAN AD LITEM
KENNETH COTTON INDIVIDUALLY
AND AS SUCCESSOR IN INTEREST TO
NIANI FINLAYSON, DECEASED,
individually,

       Plaintiffs,

   vs.

COUNTY OF LOS ANGELES; DEPUTY
TY SHELTON, and DOE 1-10, inclusive,

       Defendants.

Case No.:   8:24-cv-00902-FWS-PVCx

**NOTICE OF ASSOCIATION OF COUNSEL**

    **PLEASE TAKE NOTICE** that DALE K. GALIPO of the LAW OFFICES OF DALE K. GALIPO, located at 21800 Burbank Blvd., Woodland Hills, California has been associated in as counsel for the plaintiffs in this case.  Mr. Galipo is authorized to file motions, receive notices and make necessary court appearances.

1

1        Please direct all notices and/or communications to all counsel of record.

2

3   Respectfully submitted,

4

5   DATED:  June 16, 2025        LAW OFFICES OF DALE K. GALIPO

6

7                           By /s/ *Dale K. Galipo*

8                           Dale K. Galipo
                             Attorneys for Plaintiffs

9

10

11   DATED:  June 16, 2025        BRAD GAGE LAW, APC

12

13                           By /s/ *Bradley Gage*

14                           Bradley Gage
                             Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ASSOCIATION OF COUNSEL