|1|
|2|
|3|
|4|
|5|
|6|
|7|
|8|
|9|
|10|
|11|
|12|
|13|
|14|
|15|
|16|
|17|
|18|
|19|
|20|
|21|
|22|
|23|
|24|
|25|
|26|
|27|
|28|

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| X.D. BY AND THROUGH GUARDIAN AD LITEM TRACI HALL, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NIANA FINLAYSON, DECEASED, individually; S.C. BY AND THROUGH GUARDIAN AD LITEM KENNETH COTTON INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NIANI FINLAYSON, DECEASED, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY TY SHELTON; and DOES 1-10, inclusive,<br><br>Defendants | Case No. 8:24-cv-00902-FWS-PVCx<br><br>**[PROPOSED] ORDER RE: STIPULATION AND REQUEST FOR ORDER OF DISMISSAL** |
|---|---|

[PROPOSED] ORDER RE: STIPULATION AND REQUEST FOR ORDER OF DISMISSAL

# [PROPOSED] ORDER

The Court, having received and reviewed the parties' Stipulation and Request for Dismissal, and GOOD CAUSING appearing, hereby ORDERS the following:

1. The First Amended Complaint's First Claim for Relief (Unreasonable Seizure of Person (42 U.S.C. § 1942)), under federal law, is dismissed with prejudice.

2. The First Amended Complaint's Sixth Claim for Relief (Municipal Liability (42 U.S.C. § 1942)), under federal law, is dismissed with prejudice.

3. The First Amended Complaint's Sixth Claim for Relief (Municipal Liability (42 U.S.C. § 1942)), under federal law, is dismissed with prejudice.

4. The First Amended Complaint's Second Claim for Relief (Battery), under state law, is dismissed without prejudice.

5. The First Amended Complaint's Third Claim for Relief (Wrongful Death), under state law, is dismissed without prejudice.

6. The First Amended Complaint's Fourth Claim for Relief (Negligence), under state law, is dismissed without prejudice.

7. The First Amended Complaint's Fifth Claim for Relief (Bane Act), under state law, is dismissed without prejudice.

8. The parties shall bear their own costs and fees associated with the federal claims that are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2025        _____
                              Honorable Fred W. Slaughter
                              United States District Judge
                              Central District of California