1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2 | Email: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
3 | Email: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
4 | Woodland Hills, CA 91367
Tel: (818) 347-3333
5 | Fax: (818) 347-4118

6 | Bradley C. Gage, Esq. (SBN 117808)
brad@bradgagelaw.com
7 | **BRAD GAGE LAW**
A Professional Corporation
8 | 23002 Victory Boulevard
Woodland Hills, California 91367
9 | Tel.: (818) 340-9252/Fax: (818) 340-9088

10 | Attorneys for Plaintiffs
**X.D. & X. C. THROUGH GAL TRACIE HALL**

11 |

12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **CENTRAL DISTRICT OF CALIFORNIA**

15 |

16 | X.D. BY AND THROUGH GUARDIAN AD LITEM TRACI

17 | HALL, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO

18 | NIANA FINLAYSON, DECEASED, individually; S.C. BY AND

19 | THROUGH GUARDIAN AD LITEM KENNETH COTTON

20 | INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO

21 | NIANI FINLAYSON, DECEASED, individually,

22 |                  Plaintiffs,

23 |         vs.

24 | COUNTY OF LOS ANGELES;
DEPUTY TY SHELTON; and DOES

25 | 1-10, inclusive,

26 |                  Defendants

27 |

28 |

Case No. 8:24-cv-00902-FWS-PVCx

*Honorable Fred W. Slaughter*

**DECLARATION OF HANG D. LE IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR RELIEF FROM ORDER RE STIPULATION AND REQUEST FOR ORDER OF DISMISSAL [DKT. NO. 64] PURSUANT TO FED. R. CIV. P. 60(b)(6)**

---

DECLARATION OF HANG D. LE

I, Hang D. Le, declare as follows:

      1.     I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Unopposed Ex Parte Application for Relief from Order re Stipulation and Request for Order of Dismissal [Dkt. No. 64] Pursuant to Fed. R. Civ. P. 60(b)(6) ("Ex Parte Application"). I have personal knowledge of the facts contained herein and could testify competently thereto if called.

      2.     On July 30, 2025, I contacted Defendants County of Los Angeles' and Ty Shelton's ("Defendants") counsel in compliance with Local Rule 7-19 through 7-19.1. Defendants' counsel are:

Rickey Ivie, Esq.<br>
rivie@imwlaw.com<br>
Marina Samson, Esq.<br>
msamson@imwlaw.com<br>
Ivie McNeill Wyatt Purcell & Diggs<br>
A Professional Law Corporation<br>
444 South Flower Street, Suite 1800<br>
Los Angeles, California 90071<br>
Tel.: (213) 489-0028/Fax: (213) 489-0552

Defendants have indicated that pursuant to the Stipulation and Request for Order of Dismissal that they entered into with Plaintiffs (Dkt. No. 63), they do not oppose Plaintiffs' Ex Parte Application.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 30th day of July 2025, in Woodland Hills, California.

_____
Hang D. Le