1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

X.D. BY AND THROUGH
GUARDIAN AD LITEM TRACI
HALL, INDIVIDUALLY AND AS
SUCCESSOR IN INTEREST TO
NIANA FINLAYSON, DECEASED,
individually; S.C. BY AND
THROUGH GUARDIAN AD LITEM
KENNETH COTTON
INDIVIDUALLY AND AS
SUCCESSOR IN INTEREST TO
NIANI FINLAYSON, DECEASED,
individually,

Plaintiffs,

vs.

COUNTY OF LOS ANGELES;
DEPUTY TY SHELTON; and DOES
1-10, inclusive,

Defendants

12
13
14
15
16
17
18
19
20
21
22

Case No. 8:24-cv-00902-FWS-PVCx

*Honorable Fred W. Slaughter*

**[PROPOSED] AMENDED ORDER
OF DISMISSAL OF ENTIRE
ACTION**

23
24
25
26
27
28

**[PROPOSED] ORDER**

Having review and considered Plaintiffs' Unopposed Ex Parte Application for Relief from Order re Stipulation and Request for Order of Dismissal Pursuant to Fed. R. Civ. P. 60(b)(6) [65] ("Ex Parte Application") and the Stipulation and Request for Order of Dismissal [63] ("Stipulation"), and for the good cause demonstrated from the Ex Parte Application and Stipulation, the Court **GRANTS** the Ex Parte Application and **ORDERS** the following:

1.    The First Amended Complaint's First Claim for Relief (Unreasonable Seizure of Person (42 U.S.C. § 1942)), under federal law, is **DISMISSED WITH PREJUDICE**.

2.    The First Amended Complaint's Sixth Claim for Relief (Municipal Liability (42 U.S.C. § 1942)), under federal law, is **DISMISSED WITH PREJUDICE**.

3.    The First Amended Complaint's Second Claim for Relief (Battery), under state law, is **DISMISSED WITHOUT PREJUDICE**.

4.    The First Amended Complaint's Third Claim for Relief (Wrongful Death), under state law, is **DISMISSED WITHOUT PREJUDICE**.

5.    The First Amended Complaint's Fourth Claim for Relief (Negligence), under state law, is **DISMISSED WITHOUT PREJUDICE**.

6.    The First Amended Complaint's Fifth Claim for Relief (Bane Act), under state law, is **DISMISSED WITHOUT PREJUDICE**.

7.    The parties shall bear their own costs and fees associated with the federal claims that are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Fred W. Slaughter
United States District Judge