NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.D. BY AND THROUGH GUARDIAN AD LITEM TRACI HALL, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NIANA FINLAYSON, DECEASED, individually; S.C. BY AND THROUGH GUARDIAN AD LITEM KENNETH COTTON INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NIANI FINLAYSON, DECEASED, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES; DEPUTY TY SHELTON; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:24-cv-00902-FWS-PVC <br><br> *Honorable Fred W. Slaughter* <br><br> ***AMENDED* ORDER OF DISMISSAL OF ENTIRE ACTION [63] [65]** |

///

///

ORDER

# ORDER

Having reviewed and considered Plaintiffs' Unopposed Ex Parte Application for Relief from Order re Stipulation and Request for Order of Dismissal Pursuant to Fed. R. Civ. P. 60(b)(6) (Dkt. 65 ("Ex Parte Application")), and the Stipulation and Request for Order of Dismissal (Dkt. 63 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Ex Parte Application and Stipulation, the court **GRANTS** the Ex Parte Application and **ORDERS** the following:

1. The First Amended Complaint's First Claim for Relief (Unreasonable Seizure of Person (42 U.S.C. § 1942)), under federal law, is **DISMISSED WITH PREJUDICE**.

2. The First Amended Complaint's Sixth Claim for Relief (Municipal Liability (42 U.S.C. § 1942)), under federal law, is **DISMISSED WITH PREJUDICE**.

3. The First Amended Complaint's Second Claim for Relief (Battery), under state law, is **DISMISSED WITHOUT PREJUDICE**.

4. The First Amended Complaint's Third Claim for Relief (Wrongful Death), under state law, is **DISMISSED WITHOUT PREJUDICE**.

5. The First Amended Complaint's Fourth Claim for Relief (Negligence), under state law, is **DISMISSED WITHOUT PREJUDICE**.

6. The First Amended Complaint's Fifth Claim for Relief (Bane Act), under state law, is **DISMISSED WITHOUT PREJUDICE**.

///
///
///

7. The parties shall bear their own costs and fees associated with the federal claims that are dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: July 31, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE